# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Miguel Rodriguez-Valencia,<br>A088 708 095<br>*Defendant* | Case No. 17-6388MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 5, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Miguel Rodriguez-Valencia, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about April 1, 2009 and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

### STATEMENT OF PROBABLE CAUSE

REVIEWED BY: SAUSA Ryan J. Goldstein for AUSA Brooke T. Afshari

☒ Continued on the attached sheet.

*Complainant's signature*
Christopher M. Baugh
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2017

*Judge's signature*
David K. Duncan
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

I, Christopher M. Baugh, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 5, 2017, Border Patrol Agent David Ponce encountered an individual near Gila Bend, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Miguel Rodriguez-Valencia, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Rodriguez-Valencia was transported to the Wellton Border Patrol Station for further processing. Rodriguez-Valencia was held in administrative custody until his criminal and immigration history could be verified.

3. Immigration history checks revealed Miguel Rodriguez-Valencia to be a citizen of Mexico and a previously deported criminal alien. Rodriguez-Valencia was removed from the United States to Mexico through Nogales, Arizona, on or about April 1, 2009, pursuant to a removal order issued by an immigration judge. There is no record of Miguel Rodriguez-Valencia in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Rodriguez-

Valencia's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Miguel Rodriguez-Valencia was convicted of Aggravated Driving Under the Influence, a felony offense, on September 17, 2008, in the Maricopa County Superior Court; Rodriguez-Valencia was sentenced to a term of four (4) months' imprisonment and three (3) years' probation. Rodriguez-Valencia's criminal history was matched to him by electronic fingerprint comparison.

5. On October 5, 2017, Miguel Rodriguez-Valencia was advised of his constitutional rights. Rodriguez-Valencia freely and willingly acknowledged his rights and agreed to provide a statement under oath. Rodriguez-Valencia stated that his true and correct name is Miguel Rodriguez-Valencia and that he a citizen of Mexico. Rodriguez-Valencia stated that he entered the United States illegally by walking through the desert near San Luis, Arizona.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 5, 2017, Miguel Rodriguez-Valencia, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about April 1, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Christopher M. Baugh
U.S. Border Patrol Agent


Sworn to and subscribed before me this 6nd day of October, 2017.

_____
David K. Duncan
United States Magistrate Judge